# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Fredrick Laron Summerset,

        Defendant.

| | |
|---|---|
| Case No: | 20-mj-17 DTS |
| Date: | January 16, 2020 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:14 p.m. |
| Time Concluded: | 2:17 p.m. |
| Time in Court: | 3 minutes |

APPEARANCES:

    Plaintiff: Joseph Teirab, Assistant U.S. Attorney
    Defendant: James Becker, Assistant Federal Public Defender
        X  FPD      X  To be appointed

    X  Advised of Rights

on  Violation of  X  Supervised Release

X Date charges or violation filed: January 14, 2020
X Current Offense: Use of a controlled substance and termination from the Residential Reentry Center
X **Charges from other District:  Northern District of Georgia**- Failure to register as a sex offender
X Title and Code of underlying offense from other District:  18: 2250(a)
X Case no: 1:16-cr-405 CAP/AJB

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is January 21, 2020 at 11:00 a.m. before U.S. Magistrate Judge Katherine M. Menendez in CR8E, Minneapolis for:
X  Detention hrg  X  Removal hrg

Additional Information:

                                                    s/ Sarah Erickson
                                             Signature of Courtroom Deputy